United States Courts
Southern District of Texas
FILED
February 19, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **L-25-CR-301** |
| **JESUS ANTONIO AVELINO-MORENO** | § § | **MGM** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about January 23, 2025, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, Defendant,

**JESUS ANTONIO AVELINO-MORENO,**

knowing and in reckless disregard of the fact that an alien, namely, JULIA SANCHEZ SABINO , had not received prior official authorization to come to, enter and reside in the United states, did bring and attempt to bring to the United States said alien, for the purpose of commercial advantage and private financial gain.

In violation of Title 18, United States Code, Section 1324(a)(2)(B)(ii).

### COUNT TWO

On or about January 23, 2025, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, Defendant,

**JESUS ANTONIO AVELINO-MORENO,**

knowing and in reckless disregard of the fact that an alien, namely, J.G.S.B., had not received prior official authorization to come to, enter and reside in the United states, did bring and attempt to bring to the United States said alien, for the purpose of commercial advantage and private financial gain.

In violation of Title 18, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT THREE

On or about January 23, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS ANTONIO AVELINO-MORENO,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(I).

## COUNT FOUR

On or about January 23, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS ANTONIO AVELINO-MORENO,**

knowing and in reckless disregard of the fact that JULIA SANCHEZ SABINO was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT FIVE

On or about January 23, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS ANTONIO AVELINO-MORENO,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent Jordan Perez, and inflicted bodily injury, while said officer was engaged in, and on account of the performance of the Officer's official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT SIX

On or about January 23, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS ANTONIO AVELINO-MORENO**,

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent Ricardo Cisneros, and inflicted bodily injury, while said officer was engaged in, and on account of the performance of the Officer's official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
Steven Chamberlin
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

## CRIMINAL DOCKET   NO. L-25-CR-301

**LAREDO** DIVISION

FILE: 25-00787       MAG#: 25-00180       Judge: **MGM**
<u>INDICTMENT</u>            Filed: <u>February 19, 2025</u>

ATTORNEYS:

UNITED STATES OF AMERICA

                        <u>NICHOLAS J. GANJEI, USA</u>
VS.                     <u>STEVEN CHAMBERLIN, AUSA</u>

**JESUS ANTONIO AVELINO-MORENO**

**CHARGES:**
Count 1:   Bring or Attempt to Bring an Alien to the United States
           [8 USC 1324(a)(2)(B)(ii) and (v)(II)]
Count 2:   Bring or Attempt to Bring an Alien to the United States
           [8 USC 1324(a)(2)(B)(ii) and (v)(II)]
Count 3:   Conspiracy to transport an undocumented alien within the United States
           [8 USC 1324 (a)(1)(A)(ii) and (a)(1)(A)(v)(I)]
Count 4:   Transport and Attempt to transport an undocumented alien within the United States for financial gain
           [8 USC 1324(a)(1)(A)(ii) and (a)(1)(B)(i)]
Count 5:   Assault on a Federal Officer by use of deadly or dangerous weapon or inflicted bodily injury [18 USC 111(a)(1) and (b)]
Count 6:   Assault on a Federal Officer by use of deadly or dangerous weapon or inflicted bodily injury [18 USC 111(a)(1) and (b)]

**TOTAL COUNTS: 6**

**PENALTY:**
Counts 1-2       3 to 10 years and/or $250,000 Fine, $100 special assessment,
                 $5,000 special assessment, not more than a three (3)-year term of
                 supervised release [Each Count]

Counts 3&4:      0 to 10 years and/or $250,000 Fine,
                 $100 special assessment, $5,000 special assessment,

                    Not more than a three (3)-year term of supervised release [Each Count]

Count 5-6:        Not More than 20 Years and/or $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release